IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PROTECTIVE LIFE INSURANCE COMPANY            INTERPLEADER PLAINTIFF

v.                          Case No. 6:25-cv-06030

THE ESTATE OF SUMMER WILLIAMS;
BETHANY YOUNG; and MASON PRICE              INTERPLEADER DEFENDANTS

## JUDGMENT

Before the Court is Mason Price's Motion for Summary Judgment.  (ECF No. 49).  The

Estate of Summer Williams and Bethany Young filed responses.  (ECF Nos. 53, 54).  Mason Price

replied.  (ECF No. 55).  The Court finds the matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that

Mason Price's Motion for Summary Judgment (ECF No. 49) should be and hereby is **GRANTED**.

The Court directs the Clerk of Court to deliver the $537,808.22 held in the registry of the Court to

Mason Price.  Accordingly, the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge